# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| LORENZO HARRIS, | : | No. 23 WM 2023 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ALLEGHENY COUNTY COURT OF COMMON PLEAS, | : | |
| | : | |
| Respondent | | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of June, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.